**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**FONTAY TAYLOR**                                                         **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO.: 1:15-CV-93-SA-SAA**

**DAVID BRIDGES** *et al*.
                                                                          **DEFENDANTS**

**ORDER DENYING MOTION TO COMPEL**

On May 20, 2016 defendant David Bridges moved to compel plaintiff Fontay Taylor to respond to defendant's interrogatories and requests for production of documents. Docket 48. In filing that motion, however, defendant wholly failed to comply with Rules 37(a), 37(b) and 7(b)(4) of the UNIFORM LOCAL CIVIL RULES of this court. Rule 37(a) requires that "[a] good faith certificate [Official Form No. 4] must be filed with all discovery motions." Rule 37(b) requires that a party set out specific information about the claimed deficiencies in discovery responses. Rule 7(b)(4) requires filing a memorandum brief in support of such a motion. Because defendant's motion to compel fails to comply with L.U. CIV.R. 37(b), 37(b) or 7(b)(4), it is DENIED WITHOUT PREJUDICE. Defendant may re-file a motion to compel that complies with the LOCAL RULES of this court.

Counsel for defendant is reminded that attorneys practicing before the district courts of Mississippi are charged with the responsibility of knowing and complying with the LOCAL RULES. Any future failure to comply with the LOCAL RULES may be subject to sanctions.

**SO ORDERED,** this, the 23rd day of May, 2016.

                                                                /s/ S. Allan Alexander
                                                                UNITED STATES MAGISTRATE JUDGE