IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FONTAY TAYLOR                                                                                    PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:15cv93-SA-SAA

DAVID BRIDGES, DAWSON JOHNSON,
DAWSON'S BAIL BONDING, AND JOHN
DOES 1-3 IN THEIR OFFICIAL CAPACITY
AS POLICE OFFICERS EMPLOYED BY
THE CITY OF WEST POINT, MISSISSIPPI,
AND THE CITY OF WEST POINT, MISSISSIPPI                                      DEFENDANTS

## AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the joint motion of all parties to dismiss all claims in the above styled and numbered action, with prejudice, and the Court, having been advised that all parties consent to the entry of this Agreed Order and Final Judgment of Dismissal with Prejudice, and being otherwise fully advised in the premises, is of the opinion and finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that the above styled and numbered action, including all claims and counterclaims, is hereby dismissed in its entirety, with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 10th day of August, 2016.

_____
CHIEF JUDGE Sharion Aycock

1